UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, | No. 2:17-cv-2123 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| DIAZ, | |
| Defendant. | |

On January 16, 2018, mail addressed to plaintiff was returned marked "undeliverable, deceased." Because it appears that plaintiff is deceased, Senior Deputy Attorney General Monica Anderson is directed to serve the statement pursuant to Federal Rule of Civil Procedure 25(a)(3). DAG Anderson shall forthwith serve the statement noting death on any known next of kin, successors, or representatives of the deceased party Armando Herrera, as provided in Rules 5 and 4 of the Federal Rules of Civil Procedure, respectively. See Fed. R. Civ. P. 25(a)(3); see also Barlow v. Ground, 39 F.3d 231, 233-34 (9th Cir. 1994).

Accordingly, IT IS HEREBY ORDERED that, within twenty-one days from the date of this order, Senior Deputy Attorney General Monica Anderson shall serve the statement noting plaintiff's death pursuant to Federal Rule of Civil Procedure 25(a)(3), and shall file a certificate of service with the court; and

////

2. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

Dated: January 19, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

herr2123.dea